**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DENISE GARCIA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-2134 |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiff and defendants, the Court dismisses this case without prejudice to reinstatement of plaintiff's claims if any party represents to the Court within ninety days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on March 15, 2019.

Gray H. Miller
Senior United States District Judge